UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KATEY GULA | ) | CASE NO.5:23-CV-00417 |
|    Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| | ) | AND ORDER |
| Commissioner of Social Security | ) | |
|    Defendant. | ) | |

The Social Security Administration denied Plaintiff's application for Social Security Disability Insurance Benefits and Supplemental Security Income. Plaintiff sought judicial review of the Commissioner's decision, and this Court referred the case to the Magistrate Judge for preparation of a report and recommendation pursuant to 28 U.S.C. 636 and Local Rule 72.2(b)(1). The Magistrate Judge submitted a report and recommendation recommending that the Court REVERSE the Commissioner's decision. Doc. 12.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within 14 days after service. Defendant has indicated that it will not object to the R&R. Thus, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. This matter is REVERSED and REMANDED for proceedings consistent with the recommendations in the R&R.

IT IS SO ORDERED.

Dated: February 12, 2024                        */s/ John R. Adams*
                                                                UNITED STATES DISTRICT JUDGE